(88 South. 914)

No. 24563.

NAMIAS v. BALSER.

(June 1, 1921.)

*(Syllabus by Editorial Staff.)*

Divorce ⬅240(5)—Allowance of $33 a month to wife on separation sustained.

In a suit for separation from bed and board, where defendant appealed, but filed no brief, and plaintiff had testified defendant was earning $25 a week, and that she was unable to earn a living because of ill health, a judgment allowing plaintiff $33 a month alimony will not be disturbed.

Appeal from Civil District Court, Parish of Orleans; E. K. Skinner, Judge.

Suit by Elizabeth Namias against Philip A. Balser, her husband, for separation from bed and board. Judgment for plaintiff, and defendant appeals. Affirmed.

Paul L. Fourchy, of New Orleans, for appellant.

Ulic J. Burke and Jules A. Grasser, both of New Orleans, for appellee.

PROVOSTY, J. This is a suit for separation from bed and board. The court allowed plaintiff alimony at the rate of $33 a month, and from that allowance the defendant has appealed. No brief has been filed in his behalf, and no other appearance made. Plaintiff testified that he was a butcher, and earned $25 a week; whereas she herself was unable to earn a living on account of ill health. We find no reason for disturbing the judgment.

It is therefore ordered, adjudged, and decreed that the judgment appealed from be affirmed, at appellant's cost.